AUSA: Gorland   Phone Number: (313) 226-9707

**FILED**
FEB 15 2005
CLERK'S OFFICE
DETROIT

# United States District Court
## Eastern District of Michigan

| United States of America | CRIMINAL COMPLAINT |
|---|---|
| v. | |
| CHRISTOPHER COOPER | |
| M/B DOB: 08/13/1977 | CASE NUMBER: 05-80160 |

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>February 15, 2005</u> in <u>Wayne County</u>, in the <u>Eastern District of Michigan</u>, defendant(s) did, (Track Statutory Language of Offense)

Christpher COOPER did possess the following firearm Interarms 9mm semi-auto pistol serial number 1116310, having been previously convicted of a felony state narcotics offense, said firearm having traveled in interstate commerce.

in violation of Title 18 and United States Code, Section 922(g), state that I am a <u>Special Agent for the Bureau of ATF</u>, and that this complaint is based on the following facts on the attached affidavit.

Continued on the attached sheet and made a part hereof:   Yes X   No __

Signature of Complainant
Sarah A. Poling,
Special Agent ATF

Sworn to me before me and subscribed in my presence,

Detroit, Michigan

FEB 15 2005      at

Date                                            City and State
U.S. Magistrate Judge Whalen       MAGISTRATE JUDGE R. STEVEN WHALEN

Name & Title of Judicial Officer     Signature of Judicial Officer

## AFFIDAVIT

Sarah A. Poling, being duly sworn, deposes and states the following:

1. I have personal knowledge of the facts set forth in this affidavit with the exception of the matters expressly stated to be based upon information and belief.

2. I make this affidavit with personal knowledge based on my participation in this investigation, including witness interviews by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

3. I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, and Firearms, United States Department of Justice since September 2003, currently assigned to the Detroit II Achilles Task Force. My formal education includes a B.A. in Criminology received from Northern Illinois University and an M.A. in progress from Western Illinois University. I am also a graduate of the Criminal Investigator Training Program and the ATF New Professional Training Program at the Federal Law Enforcement Training Center in Glynco, GA.

4. I am currently investigating a subject identified as CHRISTOPHER COOPER. I caused a criminal history check of CHRISTOPHER COOPER (M/B DOB: 08/13/1977) and determined that CHRISTOPHER COOPER is a felon with a previous conviction in the 3rd Circuit Court of Michigan for Felony Controlled Substance- Del/Mfg Less Than 50 grams (08/15/2000).

5. On February 11, 2005, S/A Poling obtained a federal search warrant from the Honorable Magistrate Judge Donald Scheer for the location located one house south of 12523 Racine St., Detroit, Michigan.

6. On February 15, 2005, at approximately 12:55 p.m. the federal search warrant was executed at the residence located one house south of 12523 Racine St, Detroit. TFA Karpuk assisted in the search of the

residence and advised S/A Poling that he recovered from the northeast bedroom a loaded Interarms 9mm semi-auto pistol serial number 1116310.

7. S/A Dawkins advised S/A Poling, based on his training and experience, that Interarms firearms are manufactured outside of the state of Michigan, and therefore would have traveled in interstate commerce

8. S/A Yott and Group Supervisor Guthrie had the opportunity to interview COOPER and read him his rights to which he stated that he understood. Further, COOPER signed a Waiver of Rights then provided a written statement claiming to sell cocaine and marijuana and having the firearm for protection because he has been robbed in the past. In addition, COOPER indicated he purchased the firearm off the street for $350.00.

9. Based on the above information, I believe that probable cause exists that CHRISTOPHER COOPER, a prior convicted felon, did possess a firearm in violation of Title 18 Section 922 (g).

Special Agent Sarah A. Poling

Bureau of Alcohol Tobacco and Firearms

Sworn and subscribed before me on this 15th day of February 2005.

MAGISTRATE JUDGE R. STEVEN WHALEN

UNITED STATES MAGISTRATE JUDGE R. STEVEN WHALEN